[No. 35301-2-I. Division One. April 15, 1996.]

DONALD L. DAVIS, *Appellant*, v. BENDIX CORPORATION, *Respondent*.

Appeal from a judgment of the Superior Court for Skagit County, No. 90-2-00253-8, Stanley K. Bruhn, J., entered September 2, 1994. *Affirmed* by unpublished opinion per Coleman, J., concurred in by Kennedy, A.C.J., and Becker, J. Now published at 82 Wn. App. 267.

[Nos. 35500-7-I; 35501-5-I. Division One. April 15, 1996.]

THE STATE OF WASHINGTON, *Respondent*, v. JAMES A. LARSEN, *Appellant*.

Appeal from a judgment of the Superior Court for Whatcom County, No. 94-8-00155-6, Frank Morrow, J. Pro Tem., entered September 30, 1994. *Affirmed* by unpublished opinion per Thorpe, J. Pro Tem., concurred in by Cox and Ellington, JJ.

[No. 35708-5-I. Division One. April 15, 1996.]

THE STATE OF WASHINGTON, *Respondent*, v. JAMES G. SOLOMON, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 94-1-04674-4, George A. Finkle, J., entered November 21, 1994. *Affirmed* by unpublished opinion per Coleman, J., concurred in by Becker and Ellington, JJ.

[No. 36282-8-I. Division One. April 15, 1996.]

WILLIAM CLYMER, *Appellant*, v. THE DEPARTMENT OF EMPLOYMENT SECURITY, *Respondent*.

Appeal from a judgment of the Superior Court for King County, No. 94-2-19707-0, Robert S. Lasnik, J., entered February 16, 1995. *Affirmed* by unpublished per curiam opinion. Now published at 82 Wn. App. 25.